## CINCINNATI STREET RY CO v HENKEL

Ohio Appeals, 1st Dist, Hamilton Co
Decided Dec 8, 1930

For full opinion see 176 NE 101; 38 Oh Ap 243 (Oh Bar 6-23-31).

## COLUMBUS MUTUAL LIFE INS CO v KLEIN

Ohio Appeals, 1st Dist, Butler Co
Decided Nov 17, 1930

For full opinion see 175 NE 878; 38 Oh Ap 157 (Oh Bar 6-2-31).

## STATE ex BECKMAN v BOWMAN

Ohio Appeals, 1st Dist, Hamilton Co
Decided Dec 8, 1930

For full opinion see 175 NE 891; 38 Oh Ap 237 (Oh Bar 6-23-31).